Label Matrix for local noticing
053L-2
Case 14-10815
Eastern District of Louisiana
New Orleans
Fri Aug 22 14:40:16 CDT 2014

CU Members Mortgage, a Division of Colonial
c/o Dean Morris, LLP
1505 North 19th Street
Monroe, LA 71201-4941

Louisiana Department of Revenue
Legal Division
P.O. Box 4064
Baton Rouge, LA 70821-4064

United States Bankruptcy Court
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Suite B-601
New Orleans, LA 70130-3319

Carol R. Butler
1728 S. Harrison Street
Covington, LA 70433-3831

Cavalry Investments, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Colonial Savings & Loan
Attn Bankruptcy
2626 W Freeway Bldg B
Fort Worth, TX 76102-7109

Colonial Savings, F.A.
Attn:  Bankruptcy Department
2626 West Freeway, Bldg. B
Fort Worth, TX 76102-7109

IC System
Attn: Bankruptcy
444 Highway 96 East; Po Box 64378
St. Paul, MN 55164-0378

Louisiana Department of Revenue
Collections Division/Bankruptcy Section
P.O. Box 66658
Baton Rouge, La 70896-6658

Noah N. Flom
1047 Ocean Ave
Seal Beach, CA 90740-6412

Reich, Album and Plunkett
3850 N. Causeway Blvd # 1000
Metairie, LA 70002-8134

State of Louisiana
through District Attorney Walter Reed
Covington, LA 70433

Strn Cr Rec
3228 6th St
Metairie, LA 70002-1640

Telerecovery
3800 Florida Ave
Kenner, LA 70065-3034

Transfinancial Compani
Po Box 80103
Baton Rouge, LA 70898-0103

Your Community Credit
Po Box 630428
Irving, TX 75063-0120

Gaston Mugnier
505 West 5th Street
Covington, LA 70433-3801

Office of the U.S. Trustee
400 Poydras Street
Suite 2110
New Orleans, LA 70130-3238

S. J. Beaulieu Jr.
433 Metairie Road
Suite 307
Metairie, LA 70005-4326

Thomas H. Gray
113 Doubloon Drive
Slidell, LA 70461-2715

End of Label Matrix
Mailable recipients     20
Bypassed recipients      0
Total                   20