UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                                              CASE NO. 14-10815
Gaston Mugnier

                                                                                         CHAPTER 13

DEBTOR(S)                                                      SECTION

RESPONSE TO DEFICIENCY NOTICE, DOCUMENT 12,
FILED APRIL 28, 2014 AND FIRST AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION,
DOCUMENT 20 FILED JUNE 11, 2014

NOW INTO COURT, through undersigned counsel, comes Debtor(s), Gaston Mugnier who responds to trustee's Deficiency Notice filed herein as Document 12 and First Amended Trustee's Objection to Confirmation, Document 20 as follows:

With regard to "To avoid a MTD, debtor must provide Tax Return(s) (or transcripts) for the tax year 2013" and "Debtor must certify the filing of all tax returns for the 4 years preceding the case", succession heirs have sold property located at 3726 Gentilly Boulevard, New Orleans, Louisiana. Debtor netted proceeds of $13,795.54. Debtor intends to filed herein a Motion for Authority To Use Funds, document 42, of $13,795.54 to pay for professional tax preparation fees, cost and penalties for tax years preceding the filing for relief.

With regard to "Debtor in business/Self-Employed: Oct2013-March 2013 profit & loss", Debtor has filed herein profit and loss statements for the period requested, document 15.

With regard to "Need full market value of each property located at St. Martin", Debtor files herein an inquiry to purchase property located in St. martin Parish for $100,000.00 received from Joseph F. Martin dated March 19, 2014.

With regard to "How did you arrive on the amount debtor's interest?", Debtor files herein Judgment of Possession, Civil District Court For the Parish of Orleans, Succession of Diane Marie Mars, No. 2008-12559, Consolidated With Succession of Goldie Terzolas Mars, No. 2002-18040, Consolidated With Succession of Stephen Anthony Mars, No. 1985-07704.

With regard to "Expenses are unreasonably low (no food)?", Debtor's wife pays the expenses of the household that are not listed in Debtor's Schedule J, which includes food.

With regard to "Must amend plan to reflect suspension agreement with creditor reflected on

Page 1

Schedule D", Debtor filed herein an amended plan, document 33, which includes explanation of the suspension agreement with Noah N. Flom.

                                                       Respectfully Submitted:

                                                       /s/ Thomas H. Gray
                                                       Thomas H. Gray (#06267)
                                                       113 Doubloon Drive
                                                       Slidell, Louisiana 70461
                                                       Telephone: (985) 641-8335

## CERTIFICATE OF SERVICE

    I certify that a copy of the Response to Deficiency Notice has been served electronically to Office of the U.S. Trustee at UTPRegion05.NR.ECF@usdoj.gov and to S. J. Beaulieu, Jr. at ecf@ch13no.com through the courts CM/ECF system.

Date of Mailing: October 7, 2014

                                                       /s/ Thomas H. Gray
                                                       Thomas H. Gray